IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00891-RPM

MICHAEL YOUNG,

     Plaintiff,

v.

THE CITY OF LOVELAND;
DEREK STEPHENS, individually and in his official capacity as a Loveland Police Officer; and
CHRISTOPHER BROWN, individually and in his official capacity as a Loveland Police Officer,

     Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to Procedural Order Number One entered by this Court on June 23, 2015, counsel for plaintiff has contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

     ORDERED that  a scheduling conference will be held on **August 4, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPractice Standards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/2015). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 24, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:   July 13th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge