IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00891-RPM

MICHAEL YOUNG,

    Plaintiff,

v.

THE CITY OF LOVELAND;
DEREK STEPHENS, individually and in his official capacity as a Loveland Police Officer; and
CHRISTOPHER BROWN, individually and in his official capacity as a Loveland Police Officer,

    Defendants.

_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of Plaintiff's unopposed motion to amend the complaint [Doc. 18], it is

ORDERED that the motion is granted and the First Amended Complaint attached thereto is accepted for filing.

DATED: September 9th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge