IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00891-RPM

MICHAEL YOUNG,

    Plaintiff,

v.

THE CITY OF LOVELAND;
DEREK STEPHENS, individually and in his official capacity as a Loveland Police Officer; and
CHRISTOPHER BROWN, individually and in his official capacity as a Loveland Police Officer,

    Defendants.

_____

ORDER RE:
PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
_____

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order;

THE COURT, being advised in the premises;

IT IS ORDERED that Plaintiff's Motion to Amend the Scheduling Order by extending Plaintiff's Expert Disclosures to February 26, 2016, Defendants' Expert Disclosures to March 25, 2016 and Rebuttal Expert Disclosures to April 29, 2016 is hereby granted.

DATED:   February 12, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge